No. 79–643. COMMISSIONER OF INTERNAL REVENUE *v.* QUINLIVAN ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL would grant certiorari. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 79–663. FRIAS *v.* BOARD OF TRUSTEES OF ECTOR COUNTY INDEPENDENT SCHOOL DISTRICT ET AL. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Motion of respondent Board of Trustees of Ector County Independent School District for damages and certiorari denied.

No. 78–6936. SCOTT *v.* GEORGIA, *ante,* p. 925. Petition for rehearing denied.

No. 78–1692. SOLOMON *v.* WEST VIRGINIA, *ante,* p. 831. Motion for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 78–6677. FIGUEROA *v.* LEFEVRE, CORRECTIONAL SUPERINTENDENT, *ante,* p. 850;

No. 79–5095. DAVIS *v.* BRYAN, U. S. DISTRICT JUDGE, *ante,* p. 821; and

No. 79–5181. DAVIS *v.* RUSSELL ET AL., U. S. CIRCUIT JUDGES, *ante,* p. 821. Motions for leave to file petitions for rehearing denied.

DECEMBER 13, 1979

No. 79–856. GOLDWATER ET AL. *v.* CARTER, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded with directions to dismiss the complaint. MR. JUSTICE MARSHALL concurs in the result. MR. JUSTICE POWELL concurs in the judgment